IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONA BRYANT, | : | |
| *Plaintiff,* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-5830 |
| | : | |
| WALMART STORES EAST LP, *et al.,* | : | |
| *Defendants.* | : | |

### O R D E R

**AND NOW,** this **7th** day of **August 2025**, it having been reported that the issues between the parties have been settled (ECF 31), and pursuant to the provisions of Local Civil Rule 41.1(b), it is **ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel. The Clerk of Court is directed to mark this case **CLOSED**.

                                                         GEORGE WYLESOL
                                                         *Clerk of Court*

**By:**   */s/ Danielle Hauger*
           **Danielle Hauger,** *Deputy Clerk for*
           *Hon. José Raúl Arteaga, U.S.M.J.*

Civ. 2 41.1(b) (6/23)